UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Estate of ANGEL L. RIVERA,

    *Plaintiff,*

v.

SUNBRIDGE HEALTHCARE
CORPORATION, D/B/A, SUNBRIDGE CARE
& REHABILITATION FOR WOOD MILL,

    *Defendants.*

Civil Action No. 04-10810 NG

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to the Order of the Court of June 22, 2004, to Fed.R.Civ.P. 26(f), and to Local Rule 16.1, counsel for the parties conferred by telephone on June 25, 2004. Based on those conferences the parties submit their joint statement as follows.

A.    **PROPOSED DISCOVERY PLAN**

The parties jointly propose the following schedule for completion of discovery, the filing of pretrial motions, and designation of expert witnesses.

    **1.**    **Depositions:** The parties agree that the each party is limited to taking a total of ten (10) depositions of any knowledgeable individuals. The parties may seek leave of the Court to take additional depositions.

    **2.**    **Interrogatories:** The parties agree that each separately represented party may submit unlimited sets of interrogatories, but that each party is limited to a total of twenty-five (25) interrogatories.

3.  **Document Requests:** The parties agree that each separately represented party may serve unlimited sets of document requests, but that each party is limited to a total of twenty (20) requests.

4.  **Admissions:** The parties agree to unlimited requests for admissions. A party must serve any requests for admissions at least forty five (45) days prior to the scheduled date for the trial to commence.

5.  **Disclosure of Experts:** The parties agree that they shall make the disclosures regarding experts set forth in Fed.R.Civ.P. 26(a)(2) by October 7, 2005, and that the parties make supplemental disclosures, if any, by November 4, 2005. If a party concludes that an expert needs to be deposed, the deposition must be completed 30 days before the date of trial.

B.  PROPOSED SCHEDULE FOR PRE-TRIAL MATTERS

1.  The parties agree that disclosures pursuant to Fed.R.Civ.P. 26(a)(1), and Local Rules 26.2(A) and 35.1 shall be due by August 7, 2004.

2.  The parties agree that all motions pursuant to Fed.R.Civ.P. 15 will be filed by September 24, 2004.

3.  The parties agree that discovery will be completed by June 8, 2005. The parties agree that the completion of discovery means that all responses to discovery requests, except for requests for admissions, shall be served by June 8, 2005, and the taking of all depositions, except for any depositions of experts, shall be completed by June 8, 2005.

4.  The parties agree that may seek alternative dispute resolution under Local Rule 16.4(C), to be conducted between June 8, 2005 through September 30, 2005.

5. The parties agree that motions under Fed.R.Civ.P. 12, 19 and 56 will be filed by September 2, 2005.

6. The parties agree that the pre-trial conference should be scheduled to take place in December 2, 2005.

7. The parties agree that the trial should be scheduled to begin on January 9, 2006.

C. **CERTIFICATION OF CONFERENCE BY COUNSEL**

Attached are certifications of the parties that they have conferred pursuant to Local Rule 16.1(D)(3). The below signed counsel for the parties also certify that they held a conference pursuant to Fed.R.Civ.P. 26(f) on June 25, 2004.

| | |
|---|---|
| The Estate of Angel L. Rivera, | SunBridge Healthcare Corporation d/b/a SunBridge Care & Rehabilitation for Wood Mill |
| By its attorney, | |
| /s/ Michele N. Struffolino | By its attorneys, |
| Michele N. Struffolino  (BBO# 554872) | |
| Law Offices of Struffolino & Zappala | /s/ Michael Williams |
| 1 Branch Street, Suite 6 | K. Scott Griggs          (BBO# 555988) |
| Methuen, MA 01844 | Michael Williams      (BBO# 634062) |
| Telephone:  (978) 682-7003 | Robert J. Roughsedge (BBO# 638180) |
| Facsimile:   (978) 470-3079 | Jill M. Morrissey       (BBO# 655272) |
| | Lawson & Weitzen, LLP |
| | 88 Black Falcon Avenue, Suite 345 |
| | Boston, MA 02210-1736 |
| | Telephone: (617) 439-4990 |
| | Facsimile:  (617) 439-3987 |

Dated: June 30, 2004

3