UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Estate of ANGEL L. RIVERA,

    *Plaintiff,*

v.

SUNBRIDGE HEALTHCARE
CORPORATION, D/B/A, SUNBRIDGE CARE
& REHABILITATION FOR WOOD MILL,

    *Defendants.*

Civil Action No. 04-10810 NG

**LOCAL RULE 16.1(D)(3) CERTIFICATION**

    I, Gerald Collins, SunBridge Healthcare Corporation d/b/a SunBridge Care & Rehabilitation for Wood Mill, affirm that I have conferred with my counsel concerning the costs of conducting this litigation as well as the various alternative dispute resolution programs that may at some point assist in resolving this litigation.

Dated:

    SunBridge Healthcare Corporation d/b/a
    SunBridge Care & Rehabilitation for Wood Mill

    /s/ Gerald Collins
    Gerald Collins,
    Assistant General Counsel for Litigation

    /s/ K. Scott Griggs

| | |
|---|---|
| K. Scott Griggs | (BBO# 555988) |
| Robert J. Roughsedge | (BBO# 638180) |
| Michael Williams | (BBO# 634062) |
| Jill M. Morrissey | (BBO# 655272) |

Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987