UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE ESTATE OF ANGEL L. RIVERA
    Plaintiff

v.                                                                                 CIVIL NO. 04-10810 NG

SUNBRIDGE HEALTHCARE CORPORATION
    Defendant

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE OF CLIENT CONFERENCE
IN ACCORDANCE WITH LOCAL RULE 16.1.**

    I, Yadiris Rivera, having been appointed the administratix of the Estate of Angel L. Rivera, hereby certify that I met with Attorney Michele N. Struffolino on or about June 8, 2004 to discuss:

    (F)    The costs associated with litigation and a budget of costs for conducting the trial and various alternative courses of litigation and,

    (G)    The resolution of the litigation through the use of alternative dispute resolution programs such as mediation, mini-trial and summary jury trial.

Respectfully submitted,

/s/ Michele N. Struffolino                                  /s/ Yadiris Rivera
Michele N. Struffolino
Struffolino & Zappala Law Office                        Administratix of Estate of
One Branch Street                                              Angel L. Rivera
Methuen, MA 01844
(978) 682-7003                                                    Date: June 27, 2004
BBO #554872