UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV10810-JLA

THE ESTATE OF ANGEL RIVERA,
Plaintiff

v.

SUNBRIDGE HEALTH CARE CORP.
D/B/A SUNBRIDGE CARE & REHABILITATION FOR WOOD MILL,
Defendant

### ORDER ON
### JOINT MOTION TO EXTEND TIME FOR RULE 15 MOTIONS
### (DOCKET #7)

ALEXANDER, M.J.

For good cause shown, the Joint Motion to Extend Time for Rule 15 Motions is ALLOWED.

SO ORDERED.

9/29/04
Date

United States Magistrate Judge