UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**The Estate of ANGEL L. RIVERA,**

    **Plaintiff,**

v.                                                                          Civil Action No. 04-10810 NG

**SUNBRIDGE HEALTH CARE**
**CORPORATION, D/B/A, SUNBRIDGE CARE**
**& REHABILITATION FOR WOOD MILL,**

    **Defendants**

### JOINT MOTION TO EXTEND TIME TO
### FILE MOTIONS PURSUANT TO FED R. CIV. P. 15

NOW COMES the Plaintiff, the Estate of Angel L. Rivera, and hereby states:

1. A Scheduling Order was issued on or about July 17, 2004, which incorporated the Parties' proposed Discovery Plan in their Joint Statement.

2. The Order included the Parties' agreement that Motions pursuant to Fed. R. Civ. P. 15 would be filed by September 24, 2004.

3. The Parties submitted the case to mediation on or about September 8, 2004 and have reached a general agreement. The Defendants, however, are waiting for approval of specific language to include in proposed settlement documents.

4. The parties believe an additional thirty (30) days will be necessary to prepare and execute necessary settlement documents.

5. Counsel for the Defendants have been notified and assent to this Motion.

WHEREFORE, the Plaintiff prays this Honorable Court extend the time for filing Motions in accordance with Fed. R. Civil P. 15 to November 12, 2004.

        Respectfully submitted,
        The Estate of Angel Rivera
        By its attorney,


        _____/s/ Michele Struffolino_____
        Michele N. Struffolino
        Law Offices of Struffolino & Zappala
        One Branch Street
        Methuen, MA 01844
        (978) 682-7003
        BBO #554872

**ASSENTED TO**
Sunbridge Healthcare Corporation,
d/b/a, Sunbridge Care & Rehabilitation
for Wood Mill
By its attorneys,


_____/s/ Michael Williams_____
K. Scott Griggs         (BBO #555988)
Michael Williams      (BBO #634062)
Robert J. Roughsedge   (BBO #638180)
Jill M. Morrissey       (BBO #655272)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone:  (617) 439-4990
Facsimile:   (617) 439-3987



Dated: October 7, 2004