UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV10810-JLA

THE ESTATE OF ANGEL RIVERA,
Plaintiff

v.

SUNBRIDGE HEALTH CARE CORP.
D/B/A SUNBRIDGE CARE & REHABILITATION FOR WOOD MILL,
Defendant

**ORDER ON
JOINT MOTION TO EXTEND TIME FOR RULE 15 MOTIONS
(DOCKET #9)**

ALEXANDER, M.J.

     For good cause shown, the Joint Motion to Extend Time for Rule 15 Motions to

November 12, 2004, is ALLOWED.

SO ORDERED.

10/12/04                    /S/ Joyce London Alexander
Date                    United States Magistrate Judge