UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Estate of ANGEL L. RIVERA,

    *Plaintiff,*

*v.*

SUNBRIDGE HEALTHCARE
CORPORATION, D/B/A, SUNBRIDGE CARE
& REHABILITATION FOR WOOD MILL,

    *Defendants.*

Civil Action No. 04-10810 NG

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the plaintiff, The Estate of Angel L. Rivera, and the defendants, SunBridge Healthcare Corporation, d/b/a, SunBridge Care & Rehabilitation for Wood Mill, hereby stipulate that all claims in this action be, and hereby are, dismissed without costs or fees. All claims are dismissed with prejudice.

| | |
|---|---|
| The Estate of Angel L. Rivera, | SunBridge Healthcare Corporation d/b/a SunBridge Care & Rehabilitation for Wood Mill |
| By its attorney, | |
| | By its attorneys, |
| /s/ Michele N. Struffolino | |
| Michele N. Struffolino  (BBO# 554872) | /s/ Michael Williams |
| Law Offices of Struffolino & Zappala | K. Scott Griggs        (BBO# 555988) |
| 1 Branch Street, Suite 6 | Michael Williams      (BBO# 634062) |
| Methuen, MA 01844 | Robert J. Roughsedge (BBO# 638180) |
| Telephone:   (978) 682-7003 | Lawson & Weitzen, LLP |
| Facsimile:    (978) 470-3079 | 88 Black Falcon Avenue, Suite 345 |
| | Boston, MA 02210-1736 |
| | Telephone: (617) 439-4990 |
| Dated: January 27, 2005 | Facsimile:  (617) 439-3987 |